# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-0427
Lower Tribunal No. 2019-CF-010584-B-O

_____

JAMEL AMELE RUCKER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Leticia Marques, Judge.

June 16, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and BROWNLEE and GANNAM, JJ., concur.


Jamel Amele Rucker, Oviedo, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF TIMELY FILED